Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>CESAR GONZALEZ-LOPEZ,<br><br>　　　　　　　　　　Defendant. | NO.  CR14-198 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

　　　　Defendant Cesar Gonzalez-Lopez moves the Court to continue his trial date currently set for August 8, 2016, to sometime on or before January 31, 2017.  The Government has reviewed this motion and advises that it has no opposition.

　　　　The Court finds these reasons persuasive and GRANTS the motion. Based on the undisputed facts set forth in the motion, which are hereby incorporated by reference and adopted as findings, the Court finds:

　　　　1.  The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

PHIL BRENNAN, Esq.
422 Yale Ave N. Ste B
Seattle, WA 98109
(206) 372-5881

2.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3.  The defense needs additional time to review the evidence, which is sizeable and will take considerable time to review.  This is particularly true since Mr. Brennan was recently appointed and needs time to review the same.  Moreover, the evidence is largely in English and Defendant, who is in custody, speaks Spanish and will need an interpreter.  The Court finds that it is unreasonable to conclude that the defense would be adequately prepared for trial on the current trial date.

Taking into account the exercise of due diligence, a continuance is necessary to allow the Defendant the reasonable time to meet the above objectives.  Accordingly,

IT IS HEREBY ORDERED that the trial date is continued  to January 17, 2017.  All pretrial motions, including motions in limine, shall be filed no later than December 1, 2016.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order until the new trial date of January 17, 2017, is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED this 27th day of June, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2

PHIL BRENNAN, Esq.
422 Yale Ave N. Ste B
Seattle, WA 98109
(206) 372-5881