Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-198RAJ |
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AS TO CESAR GONZALEZ-LOPEZ |
| CESAR GONZALEZ-LOPEZ, a/k/a Chapito, | |
| Defendant. | |

Upon the unopposed Motion of the United States of America to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, THE COURT HEREBY ORDERS that all counts of the Indictment in Case CR14-198RAJ against CESAR GONZALEZ-LOPEZ are dismissed without prejudice.

//
//
//
//
//
//
//

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE
*U.S. v. CESAR GONZALEZ-LOPEZ,* CR14-198RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  THE COURT FURTHER ORDERS that any related warrants shall be quashed.
2  Defendant's Bond and/or Detention Order is vacated, and Defendant should be released
3  from Bureau of Prisons custody at the earliest opportunity.
4  Dated this 20th day of July, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE
*U.S. v. CESAR GONZALEZ-LOPEZ,* CR14-198RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970